## SECOND DEPARTMENT, SEPTEMBER, 1977

### (September 7, 1977)*

■ In the Matter of DAVID PEIREZ et al., Appellants, v ISABEL R. DODD et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.—In a proceeding to enjoin the Board of Elections and the "Inspectors of Election and Clerks * * * from preparing and distributing polling lists of those individuals who have voted at the forthcoming Democratic primary to be held on September 8, 1977 for the benefit of any candidate for the office of County Executive", the appeal, as limited by appellants' brief, is from so much of an order and judgment (one paper) of the Supreme Court, Nassau County, dated September 6, 1977, as dismissed the petition. Order and judgment affirmed insofar as appealed from, without costs or disbursements. We note that the Board of Elections, in its letter to the election inspectors, has specifically directed that the lists be made equally available to all candidates. Latham, J. P., Damiani, Rabin, Shapiro and Mollen, JJ., concur.

## SECOND DEPARTMENT, NOVEMBER, 1977

### (November 17, 1977)**

■ In the Matter of MICHAEL ALBERGO, Petitioner, v FRANK C. BOWERS, JR., as Judge of the Putnam County Court, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review the determination of the respondent Frank C. Bowers, Jr., a Judge of the County Court, Putnam County, in denying petitioner's application for a pistol permit, and for a direction that petitioner be issued the pistol permit. Application denied, determination confirmed and proceeding dismissed, on the merits, without costs or disbursements (cf. *Matter of Hunt v Rubin,* 52 AD2d 955). We note that this proceeding was originally brought at Special Term where the Attorney-General argued that it should properly have been brought in this court, precisely the opposite of the position now taken by him. Margett, J. P., Damiani, Shapiro and Titone, JJ., concur.

---

* Not published with other decisions of September 7, 1977, 59 AD2d 614. [Rep.
** Not published with other decisions of November, 1977, 59 AD2d 885. [Rep.